JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN JEREMIAH DAGDAGAN,<br><br>        Plaintiff,<br><br>v.<br><br>NORDSTROM, INC.,<br><br>        Defendant. | Case No. 2:25-cv-09976-SB-PVC<br><br><br>ORDER OF DISMISSAL |

The parties filed a stipulation to stay this matter pending arbitration. Dkt. No. 14. This case is hereby dismissed without prejudice, and the clerk shall close the case. The Court will treat this dismissal as functionally equivalent to a stay for purposes of preserving the parties' ability to seek any appropriate relief consistent with their agreement to arbitrate, including but not limited to confirmation, modification, or vacatur of an arbitration award.

The parties are not required to consent to this dismissal. Any party opposing dismissal must file a written objection—accompanied by an explanation of the basis for that objection—no later than November 14, 2025. The filing of a timely objection will automatically vacate this dismissal order and require all parties to appear in person for a hearing on November 21, 2025 at 8:30 a.m. in Courtroom 6C. If no objection is filed, this order will become final without further court action.

Date: November 6, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

1